| U.S. Patent No. 8,799,083 | Toast Takeout mobile application |
|---|---|
| 1. A method, comprising: |  |

| receiving at least one request of at least one service related to a restaurant menu from a mobile phone; |  |

(a) selecting a specific restaurant to collect the order from:



(b) browsing the menu and adding items to the order:



| | |
|---|---|
| uploading, by a system of a restaurant, a bill for the at least one service to the mobile phone; and |  |

| performing a self-checkout by at least one customer whereby payment for the at least one service is submitted by the at least one customer via the mobile phone to the system, wherein the payment is submitted without interaction with staff associated with the restaurant. |  |