IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANALYTICAL TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.: 1:24-cv-00174-DII |
| | § § | JURY TRIAL DEMANDED |
| TOAST, INC., | § § § | |
| Defendant. | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

Defendant Toast, Inc. ("Toast") files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint for Patent Infringement and would respectfully show the following:

Plaintiff Analytical Technologies, LLC ("AT") filed its Complaint for Patent Infringement ("Complaint") on February 20, 2024. Defendant Toast was served with a summons on February 26, 2024. Toast's deadline to answer or otherwise respond to the Complaint is June 3, 2024. *See* Text Order Granting Unopposed Motion for Extension of Time to Answer, dated April 30, 2024.

AT's counsel agreed to a 14-day extension of Toast's deadline to answer or otherwise respond to the Complaint, making the new deadline June 17, 2024.

By filing this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint for Patent Infringement, Toast does not intend to waive, and expressly reserves, all rights to challenge the Western District of Texas as a proper venue if it so chooses.

This motion for extension of time is not for the purpose of delay but so that justice may be done.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Toast requests that the Court: (1) grant this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint for Patent Infringement; (2) extend Toast's deadline to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement up to and including **June 17, 2024**; and (3) award such other and further relief to which it may be justly entitled.

Respectfully submitted,

GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5725 Telephone
(512) 536-9938 Fax


 */s/ Hailey L. Suggs*
Matthew C. Powers
State Bar No. 24046650
mpowers@gdhm.com
Hailey L. Suggs
State Bar No. 24113497
hsuggs@gdhm.com

**ATTORNEYS FOR DEFENDANT TOAST, INC.**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Plaintiff in a good faith effort to resolve the matters presented by this motion by agreement. Counsel stated that Plaintiff is unopposed to the relief requested.

 */s/ Hailey L. Suggs*
Hailey L. Suggs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of May, 2024, a true and correct copy of the above was served via the Court's CM/ECF system as shown below:

Randall Garteiser
M. Scott Fuller
Christopher A. Honea
GARTEISER HONEA, PLLC
119 W. Ferguson Street
Tyler, Texas 75702
rgarteiser@ghiplaw.com
sfuller@ghiplaw.com
chonea@ghiplaw.com

Donald R. McPhail (Pro Hac Vice)
OBLON, MCLELLAND, MAIER & NEUSTADT LLP
1940 Duke Street
Alexandria, Virginia 22314
dmcphail@oblon.com

                                              */s/ Hailey L. Suggs*
                                              Hailey L. Suggs