UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Analytical Technologies, LLC | ) | |
| Plaintiff, | ) | Case: 1:24-cv-00174 |
| vs. | ) | |
| Toast, Inc., | ) | |
| Defendant. | ) | : |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Analytical Technologies, LLC dismisses its claims **with prejudice**, each side will bear its own expenses, attorneys' fees and costs.

Date: June 11, 2024

Respectfully submitted,

/s/ Randall Garteiser
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
M. Scott Fuller
  Texas Bar No. 24036607
  sfuller@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

*Counsel for Plaintiff*

SO ORDERED: _____